## Judith Ann Patts, Plaintiff-Appellee, v. Robert J. Rogers, Defendant-Appellant.

**Gen. No. 48,623.**

First District, Second Division.

October 23, 1962.

Order reversed and cause remanded with directions. Jurco, Damisch & Sinson, of Chicago (John W. Damisch and Nancy G. McDermid, of counsel), for appellant. No briefs filed for appellee. Opinion by MR. JUSTICE FRIEND. Not to be published in full.